IN THE CIRCUIT COURT OF THE COUNTY OF PERRY
IN PERRYVILLE, MISSOURI

PERRY COUNTY                         )
MEMORIAL HOSPITAL                    )
                                     )
            Plaintiff,               )
vs.                                  )   Case No. 19PR-AC00283
                                     )
JOSEPH F. ESSMYER                    )
CONNIE ESSMYER                       )
                                     )
            Defendant.               )

**FILED SEP 1 2 2019 PERRY COUNTY, MO CIRCUIT CLERK**

### ENTRY OF JUDGMENT ON CONFESSION OF PARTY

The Court, having reviewed the sworn and verified confession of judgment filed by Defendant JOSEPH F. ESSMYER and CONNIE ESSMYER in this action, authorizing a judgment to be entered in favor of Perry County Memorial Hospital and against Defendant JOSEPH F. ESSMYER and CONNIE ESSMYER in the sum of Nine Thousand Three Hundred Fifty – One Dollars and 14/100 ($9,351.14); and being satisfied that said stipulation was signed by Defendant JOSEPH F. ESSMYER and CONNIE ESSMYER.

IT IS, THEREFORE, ADJUDGED, ORDERED and DECREED that Perry County Memorial Hospital recover of said Defendant JOSEPH F. ESSMYER and CONNIE ESSMYER the sum of Nine Thousand Three Hundred Fifty – One Dollars and 14/100 ($9,351.14) and have thereof execution.

Dated this 12th day of September, 2019.

_____
Judge

**EXHIBIT B(2)**