

**EXHIBIT C**



DEF0095



DEF0096

⊛Safeguard LITHO USA  SFSL3  CK7508113L

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31480

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA                    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800              CS47S50010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31480

20-JAN-2021

ACCOUNT INFORMATION                                                                        REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                                                            $234.55

DETACH AND RETAIN FOR YOUR RECORDS.

DEF0097

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31551

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          · CS47S50010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31551

03-FEB-2021

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
| --- | --- |

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

Garnishments Out                                                $202.97 ✗

DETACH AND RETAIN FOR YOUR RECORDS.                              $336.45 ⬤

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO  63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

31551

DATE

03-FEB-2021
AMOUNT

PAY

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT

DEF0098

Safeguard LITHO USA SFSL3 CK7508113L

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31575

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

SF4001BOTT-1SA    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800    CS47S50010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31575

22-FEB-2021

Continued from check #    ███████

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
| --- | --- |

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                  $242.68

DETACH AND RETAIN FOR YOUR RECORDS.

DEF0099

31687

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000   L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31687
31687
15-MAR-2021

Continued from check #          █████████

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
| --- | --- |
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $196.90 |

DETACH AND RETAIN FOR YOUR RECORDS.                                    $921.40

ORIGINAL DOCUMENT PRINTED ON CHEMICALLY REACTIVE PAPER WITH MICROPRINTED BORDER

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

31687

DATE

AMOUNT  15-MAR-2021

PAY

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP

*Donna Schremp*

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

DEF0100

31719

MAIL TO:

ROBERT DAVID HUELSKAMP        PCMH
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800        CSMZ4C0010000   L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31719
29-MAR-2021



ACCOUNT INFORMATION                                                       TTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER        $83
Garnishments Out                                      $192.97

DETACH AND RETAIN FOR YOUR RECORDS.

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

MAIL TO:

PCMH

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF40018OTT-1SA               TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31787
12-APR-2021

__ACCOUNT INFORMATION__

REMITTANCE AMOUNT

PCMH  VS  JOSEPH F.  ESSMYER &  CONNE S.  ESSMYER ✗

Garnishments Out                                            $169.74

DETACH AND RETAIN FOR YOUR RECORDS.

31826

MAIL TO:

ROBERT DAVID HUELSKAMP          PCMH
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010900   L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31826
31626
26-APR-2021

ACCOUNT INFORMATION

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER          $195.24

Garnishments Out          $289.57

DETACH AND RETAIN FOR YOUR RECORDS.

DEF0103

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31893

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

SF4001BOTT-1SA

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

CSMZ4C0010000    L01SF024446

31893
10-MAY-2021

ACCOUNT INFORMATION

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

Garnishments Out

$261.46

RETAIN FOR YOUR RECORDS.

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31939

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000   L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31939
24-MAY-2021

Continued from check #

ACCOUNT INFORMATION

REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                $220.58

DETACH AND RETAIN FOR YOUR RECORDS.          $2,043.72

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

31939

DATE

24-MAY-2021
AMOUNT

PAY

TO THE
ORDER
OF     ROBERT DAVID HUELSKAMP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK · TOUCH OR PRESS HERE · RED IMAGE DISAPPEARS WITH HEAT

DEF0105

32108

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000   L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32108
07-JUL-2021

ACCOUNT INFORMATION                                                          REMITTANCE AMOUNT

█████████████  PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                              $262.21

DETACH AND RETAIN FOR YOUR RECORDS.                                      $262.21

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**                                          32108
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2                       THE BANK OF MISSOURI
PERRYVILLE, MO 63775                                     PERRYVILLE, MO
(573) 547-6581                                                                  DATE
                                             80-386/819
                                                                              07-JUL-2021
                                                                              AMOUNT

PAY
                                                                              $262.21

Two Hundred Sixty-Two & 21/100************************************************************

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT

DEF0106

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32139

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

SF4001BOTT-1SA

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800

CSMZ4C0010000   L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32139
19-JUL-2021

ACCOUNT INFORMATION

REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

Garnishments Out

$231.10

DETACH AND RETAIN FOR YOUR RECORDS.

DEF0107

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32207
02-AUG-2021

Continued from check #          ███████

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
|---|---|
| ████████████████████████ | |
| █████  ██████████  PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $273.49 |

DETACH AND RETAIN FOR YOUR RECORDS.                    $677.61

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

32207

DATE
02-AUG-2021
AMOUNT

PAY  ████████████████████████████

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP

*Donna Schump*

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT.

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32239

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000   L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32239
16-AUG-2021

ACCOUNT INFORMATION                                                 REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                                    $242.83

DETACH AND RETAIN FOR YOUR RECORDS.                                                $474.14

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

32239

DATE
16-AUG-2021
AMOUNT

PAY

TO THE
ORDER
OF  ROBERT DAVID HUELSKAMP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT.

DEF0109

Safeguard  LITHO USA   SFSL3  CK7S06113L

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32310

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000   L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32310o
02-SEP-2021

ACCOUNT INFORMATION                                                         REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

Garnishments Out                                                            $237.00

DETACH AND RETAIN FOR YOUR RECORDS.                                         $320.10

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**                                       32310
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2                    THE BANK OF MISSOURI
PERRYVILLE, MO 63775                               PERRYVILLE, MO
(573) 547-6581                                     80-386/819          DATE

                                                                       02-SEP-2021
                                                                       AMOUNT

PAY

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

*Donna Schump*

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT



CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32339

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000   L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32339
13-SEP-2021

Continued from check #          32338

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
| --- | --- |
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $249.56 |

DETACH AND RETAIN FOR YOUR RECORDS.                                        $727.82

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

32339

DATE

13-SEP-2021
AMOUNT

PAY

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

Donna Schremp

Safeguard

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32375

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA        TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800        CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32375
27-SEP-2021

ACCOUNT INFORMATION                                                        REMITTANCE AMOUNT

133309    19PR-AC00283    PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
          Garnishments Out                                                  $249.74

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32441

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

SF4001BOTT-1SA

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

CSMZ4C0010000    L01SF024448

32441
12-OCT-2021



ACCOUNT INFORMATION

REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

$250.85

DETACH AND RETAIN FOR YOUR RECORDS.

DEF0113

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32471

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800

CSMZ4C0010000   L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32471
26-OCT-2021

ACCOUNT INFORMATION

REMITTANCE AMOUNT

Garnishments Out   PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

$250.85—

DETACH AND RETAIN FOR YOUR RECORDS.

DEF0114



CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32542

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

SF4001BOTT-1SA

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800

CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32542

08-NOV-2021

ACCOUNT INFORMATION

REMITTANCE AMOUNT

Garnishments Out

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

$251.89

DETACH AND RETAIN FOR YOUR RECORDS.

$476.75

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32569

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000     L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32569
23-NOV-2021

ACCOUNT INFORMATION                                                                              REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

Garnishments Out                                                    $231.45

DETACH AND RETAIN FOR YOUR RECORDS.                                               $231.45

32638

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32638

10-DEC-2021

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
|---|---|
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $233.48 |

SF4001BOTT-1SA   Safeguard   TO REORDER CALL YOUR DEALER OR CALL 1-800-549-4800   CC3ZWW0010000 L01SF024446   $349.32

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

32638

DATE  10-DEC-2021

AMOUNT

PAY

TO THE
ORDER
OF  ROBERT DAVID HUELSKAMP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

DEF0117

32662

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32662
21-DEC-2021

ACCOUNT INFORMATION                                                    REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                                       $246.64

SF4001BOTT-1SA   ⒼSafeguard   TO REORDER CALL AND RETAIN FOR YOUR RECORDS 649-4800   CC3ZWW0010000 L01SF024446   **$246.64**

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819                              DATE

32662

21-DEC-2021
AMOUNT

PAY

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP

_Donna Schwemp_

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

DEF0118

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32716

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32716
03-JAN-2022

Continued from check #         32715

ACCOUNT INFORMATION

REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                               $251.98

SF4001BOTT-1SA        Safeguard        TO REORDER CALL 1-800-555-849-4800        DETACH AND RETAIN FOR YOUR RECORDS        CC3ZWW0010000 L01SF024446

DEF0119

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32718

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32718
03-JAN-2022

Continued from check #  ███

**ACCOUNT INFORMATION**                                                    **REMITTANCE AMOUNT**

$1,571.79

SF40018QTT-1SA      Safeguard      TO REORDER CALL AND RETAIN FOR YOUR RECORDS 649-4800      CC3ZWW0010000 L01SF024446

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

32718

DATE

03-JAN-202

AMOUNT

PAY

TO THE
ORDER
OF      ROBERT DAVID HUELSKAMP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK

DEF0120

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32757
19-JAN-2022

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
|---|---|
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER Garnishments Out | $253.37 |

SF4001BOTT-1SA    Safeguard    TO REORDER CALL AND RETAIN FOR YOUR RECORDS 849-4800    CC3ZWW0010000 L01SF024446    $288.45

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

32757

DATE

19-JAN-2022

AMOUNT

PAY

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP

Donna Schremp

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32783

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32783
31-JAN-2022

Continued from check #          32782

ACCOUNT INFORMATION



Garnishments Out        PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

REMITTANCE AMOUNT

$176.19

SF4001B0TT-1SA    Safeguard    TO REORDER CALL AND RETAIN FOR YOUR RECORDS 849-4800

CC3ZWW0010000 L01SF024448

DEF0122

32850

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32850

16-FEB-2022

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
|---|---|
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $214.96 |

DETACH AND RETAIN FOR YOUR RECORDS

$371.66

---

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

32850

DATE

16-FEB-2022

AMOUNT

PAY

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

*Donna Schwemp*

DEF0123

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32924

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32924
03-MAR-2022

ACCOUNT INFORMATION

REMITTANCE AMOUNT

Garnishments Out      PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
                                                                      $247.28

SF4001BOTT-1SA    Safeguard    TO REORDER CALL AND RETAIN FOR YOUR RECORDS 849-4800    CC3ZWW0010000 L015F024446

DETACH AND RETAIN FOR YOUR RECORDS

DEF0124

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32961

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32961
14-MAR-2022

Continued from check #         ██████

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
| --- | --- |
| ██████████████████████████████ | |
| ████████  PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $182.71 |
| ████████████████████████████ | |

363   SF4001BOTT-1SA   Safeguard   TO REORDER CALL YOUR SAFEGUARD DISTRIBUTOR 1-800-849-4800   CC3ZVWW0010000 L01SF024446   $967.72

**ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER**

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

██████

DATE
14-MAR-2022
AMOUNT

PAY   ████████████████████████████████████

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT.

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32994

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32994
32994
29-MAR-2022

ACCOUNT INFORMATION

Garnishments Out

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

REMITTANCE AMOUNT

$239.28

SF4001BOTT-1SA      Safeguard      TO REORDER ... DETACH AND RETAIN FOR YOUR RECORDS 649-4800      CC3ZWW0010000  L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33196

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33196
33196

23-MAY-2022

**ACCOUNT INFORMATION**

**REMITTANCE AMOUNT**

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

Garnishments Out

$245.96

SF4001BOTT-1SA   Safeguard   TO REORDER CALL AND RETAIN FOR YOUR RECORDS 649-4800   CC3ZWW0010000 L01SF024446   $425.96

---

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO.

80-386/819

DATE

23-MAY-2022

AMOUNT

PAY

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

Donna Schremp

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33258

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33258
06-JUN-2022

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
|---|---|

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

Garnishments Out                                                                  $191.33

SF4001BOTT-1SA    Safeguard    TO REORDER CALL AND RETAIN FOR YOUR RECORDS 849-4800    CC3ZWW0010000 L01SF024446    $601.80

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

33258

DATE

06-JUN-2022
AMOUNT

PAY

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP

Donna Schremp

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33289

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33289
21-JUN-2022

ACCOUNT INFORMATION

REMITTANCE AMOUNT

Garnishments Out

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

$230.10

SF4001BOTT-1SA    Safeguard    TO REORDER CALL... 1-800-849-4800    CC3ZWW0010000 L01SF024446

DETACH AND RETAIN FOR YOUR RECORDS

DEF0129

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33345

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33345
05-JUL-2022



ACCOUNT INFORMATION

REMITTANCE AMOUNT

Garnishments Out      PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

$205.39

SF4001BOTT-1SA      Safeguard      DETACH AND RETAIN FOR YOUR RECORDS

DEF0130

33376

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33376

19-JUL-2022

ACCOUNT INFORMATION                                              REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                                 $226.97

278    SF4001BOTF-1SA    Safeguard    TO REORDER CALL AND RETAIN FOR YOUR RECORDS 649-4800    CC3ZWW0010000 L01SF024446    $226.97

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

33376

DATE

19-JUL-2022
AMOUNT

PAY

$226.97

Two Hundred Twenty-Six & 97/100************************************************************

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - IMAGE WILL DISAPPEAR WITH HEAT

DEF0131

Safeguard  LITHO USA   SFSL3  CK7S0B113L

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33434

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33434

01-AUG-2022

ACCOUNT INFORMATION                                    REMITTANCE AMOUNT

138696   19PR-AC00283   PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                       $79.50

336   SF4001BOTT-1SA   Safeguard   TO REORDER CALL YOUR SAFEGUARD DISTRIBUTOR OR CALL 1-800-849-4800   CC3ZWW0010000 L01SF024446   $259.50

DEF0132

33469

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33469
17-AUG-2022

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
|---|---|
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $102.22 |

SF4001BOTT-1SA   Safeguard   TO REORDER CALL 1-800-DRE RECORDS 849-4800   CC3ZWW0010000 L01SF024446   $390.09

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

DATE

33469

17-AUG-2022
AMOUNT

PAY

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33493

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33493
29-AUG-2022



ACCOUNT INFORMATION

REMITTANCE AMOUNT

Out

Garnishments Out

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

$97.45

SF4001BOTT-1SA    Safeguard    TO REORDER CALL AND RETAIN FOR YOUR RECORDS 849-4800    CC3ZWW0010000 L01SF024446

DEF0134

33562

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33562
13-SEP-2022

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
|---|---|
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $87.01 |

SF4001BOTT-1SA    Safeguard    TO REORDER, CALL AND RETAIN FOR YOUR RECORDS 649-4800    CC3ZWW0010000 L01SF024446    $87.01

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO  63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

DATE

33562

13-SEP-2022
AMOUNT

$87.01

PAY

Eighty-Seven & 01/100***************************************************************************

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

SECURED BY
EZSHIELD

DEF0135

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33661

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA   Safeguard   TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800   CCKZZK0010000  L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33661
33661
03-OCT-2022

ACCOUNT INFORMATION                                                    REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                              $101.37

DETACH AND RETAIN FOR YOUR RECORDS.

DEF0136

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33681

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

SF4001BOTT-1SA    ⑮Safeguard    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800    CCKZZK0010000 L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33681
33681
11-OCT-2022

ACCOUNT INFORMATION          REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out        $100.54

DETACH AND RETAIN FOR YOUR RECORDS.      $329.20

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

33681

DATE    11-OCT-2022

AMOUNT

PAY

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP

Donna Schremp

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

DEF0137