Electronically Filed - Perry - Perry - June 06, 2019 - 11:06 AM

19PR-AC00283

**EXHIBIT**

**1**

### IN THE CIRCUIT COURT OF THE COUNTY OF PERRY
### IN PERRYVILLE, MISSOURI

PERRY COUNTY )
MEMORIAL HOSPITAL )
  )
              Plaintiff, )
vs. ) Case No.
  )
Joseph F. Essmyer )
Connie S. Essmyer, his wife )
  )
           Defendants. )

### PETITION PURSUANT TO CHAPTER 517 ON ACCOUNT

Comes now the Plaintiff, by its counsel and for its cause of action states to the Court:

1.     That the Plaintiff is a County Hospital, serving and located within the County of Perry, State of Missouri.  Further, that the Defendants, Joseph F. Essmyer and Connie S. Essmyer, are residents of Perry County, Missouri and the account herein accrued within the County of Perry, State of Missouri.

2.     That Plaintiff provided medical care to the Defendants having a value of Nine Thousand One Hundred Twenty – Eight Dollars and 79/100 ($9,128.79) on an open account at the instance and request of Defendants beginning February 16, 2014; March 20, 2014; August 31, 2014.

3.     That Plaintiff has frequently demanded payment including formal written demand on February 13, 2015; March 12, 2015; September 21, 2015.

4.     That after all credits and offsets are taken into consideration, there remains due and payable the sum of Nine Thousand One Hundred Twenty – Eight Dollars and 79/100 ($9,128.79).

5.     If the Defendants make any written dispute of the validity of this debt, Plaintiff will send a copy of a verification.

Electronically Filed - Perry - June 06, 2019 - 11:06 AM

6.      By this pleading, Plaintiff seeks to collect this debt and any information obtained will be used for that purpose.

WHEREFORE, the Plaintiff prays the Court enter Judgment in its favor and against the Defendants, jointly and severally, in the sum of Nine Thousand One Hundred Twenty – Eight Dollars and 79/100 ($9, 128.79) plus pre-judgment interest and costs incurred herein.

Respectfully submitted,

HUELSKAMP LAW LLC
296 Market Street, P.O. Box 506
Ste. Genevieve, MO  63670
(573) 883-5793
RobHuelskamp@Huelskamplaw.net

By: _____
Robert D. Huelskamp #32319

Electronically Filed - Perry - June 06, 2019 - 11:06 AM

Comes now Karla Versemann, agent of Perry County Memorial Hospital of Perry County, Missouri, being duly sworn and does state and depose upon her oath that she is a representative of the Plaintiff in the above cause of action; that the facts set forth herein are true and correct to the best of her knowledge and belief.

PERRY COUNTY MEMORIAL HOSPITAL

By: _Karla Versemann_

Subscribed and sworn to before me this 31st day of May , 2019.

_Janet Etzold_
Notary Public

My commission expires: Oct 4, 2021

JANET ETZOLD
Notary Public – Notary Seal
Perry County – State of Missouri
Commission Number 13463588
My Commission Expires Oct 4, 2021