

EXHIBIT 4

## Receipt/Payout Disclaimer

— For garnishments not paid to the court, the current judgment balance may not be available. Refer to the Docket Entries tab for the balance of the judgment as reported on the last Statement of Judgment Balance.

— **Receipt/Payout Information processed by the court is only available on active garnishments/executions and for 90 days after the requested return date or 90 days after the release date for Continuous Garnishments.**

### Receipt Info

| ReceiptDate | ReceiptNumber | Paid By | Amount ($) |
|---|---|---|---|
| 01/20/2021 | 32PR128654 | PIVA GROUP NORTH AMERICA | 234.55 |
| 02/03/2021 | 32PR128966 | PIVA GROUP NORTH AMERICA | 202.97 |
| 02/19/2021 | 32PR129157 | PIVA GROUP NORTH AMERICA | 242.68 |
| 03/02/2021 | 32PR129397 | PIVA GROUP NORTH AMERICA | 259.63 |
| 03/15/2021 | 32PR129710 | PIVA GROUP NORTH AMERICA | 196.90 |
| 03/29/2021 | 32PR130082 | PIVA GROUP NORTH AMERICA | 192.97 |
| 04/12/2021 | 32PR130424 | PIVA GROUP NORTH AMERICA | 169.74 |
| 04/26/2021 | 32PR130749 | PIVA GROUP NORTH AMERICA | 289.57 |
| 05/10/2021 | 32PR131019 | PIVA GROUP NORTH AMERICA | 261.46 |
| 05/24/2021 | 32PR131314 | PIVA GROUP NORTH AMERICA | 220.58 |
|  |  |  | Total: $2271.05 |

### Payout Info

| Payout Date | Check/ReferenceNumber | Paid To | Amount ($) |
|---|---|---|---|
| 01/20/2021 | 32PR128655 | ROBERT DAVID HUELSKAMP | 234.55 |
| 02/03/2021 | 32PR128967 | ROBERT DAVID HUELSKAMP | 202.97 |
| 02/19/2021 | 32PR129158 | ROBERT DAVID HUELSKAMP | 242.68 |
| 03/02/2021 | 32PR129398 | ROBERT DAVID HUELSKAMP | 259.63 |
| 03/15/2021 | 32PR129711 | ROBERT DAVID HUELSKAMP | 196.90 |
| 03/29/2021 | 32PR130083 | ROBERT DAVID HUELSKAMP | 192.97 |
| 04/12/2021 | 32PR130425 | ROBERT DAVID HUELSKAMP | 169.74 |
| 04/26/2021 | 32PR130750 | ROBERT DAVID HUELSKAMP | 289.57 |
| 05/10/2021 | 32PR131020 | ROBERT DAVID HUELSKAMP | 261.46 |
| 05/24/2021 | 32PR131315 | ROBERT DAVID HUELSKAMP | 220.58 |
|  |  |  | Total: $2271.05 |