**EXHIBIT 5**

11:16 AM

11/15/22

# Huelskamp Law Firm, LLC.
## Deposit Detail
### September 2019 through December 2020

| Type | Num | Date | Name | Account | Amount |
|------|-----|------|------|---------|--------|
| General Journal | ODS-... | 08/21/2020 | | | |
| | | | PCMH:EssmyerJos...    PCMH | | -11.25 |

DEF 0019