

**EXHIBIT 10**

| ReceiptDate | ReceiptNumber | Paid By | Amount ($) |
|---|---|---|---|
| 07/07/2021 | 32PR132030 | PIVA GROUP NORTH AMERICA | 262.21 |
| 07/19/2021 | 32PR132225 | PIVA GROUP NORTH AMERICA | 231.10 |
| 08/02/2021 | 32PR132481 | PIVA GROUP NORTH AMERICA | 273.49 |
| 08/16/2021 | 32PR132657 | PIVA GROUP NORTH AMERICA | 242.83 |
| 09/02/2021 | 32PR132965 | PIVA GROUP NORTH AMERICA | 237.00 |
| 09/13/2021 | 32PR133103 | PIVA GROUP NORTH AMERICA | 249.56 |
| 09/27/2021 | 32PR133308 | PIVA GROUP NORTH AMERICA | 249.74 |
| 10/12/2021 | 32PR133539 | PIVA GROUP NORTH AMERICA | 250.85 |
| 10/26/2021 | 32PR133716 | PIVA GROUP NORTH AMERICA | 250.85 |
| 11/08/2021 | 32PR133924 | PIVA GROUP NORTH AMERICA | 251.89 |
| 11/23/2021 | 32PR134152 | PIVA GROUP NORTH AMERICA | 231.45 |
| 12/10/2021 | 32PR134398 | PIVA GROUP NORTH AMERICA | 233.48 |
| 12/21/2021 | 32PR134551 | PIVA GROUP NORTH AMERICA | 246.64 |
| 01/03/2022 | 32PR134699 | PIVA GROUP NORTH AMERICA | 251.98 |
| 01/19/2022 | 32PR134970 | PIVA GROUP NORTH AMERICA | 253.37 |
| 01/31/2022 | 32PR135167 | PIVA GROUP NORTH AMERICA | 176.19 |
| 02/16/2022 | 32PR135367 | PIVA GROUP NORTH AMERICA | 214.96 |
| 03/03/2022 | 32PR135609 | PIVA GROUP NORTH AMERICA | 247.28 |
| 03/14/2022 | 32PR135852 | PIVA GROUP NORTH AMERICA | 182.71 |
| 03/29/2022 | 32PR136082 | PIVA GROUP NORTH AMERICA | 239.28 |
|  |  |  | Total: $4776.86 |

| Payout Date | Check/ReferenceNumber | Paid To | Amount ($) |
|---|---|---|---|
| 07/07/2021 | 32PR132031 | ROBERT DAVID HUELSKAMP | 262.21 |
| 07/19/2021 | 32PR132226 | ROBERT DAVID HUELSKAMP | 231.10 |
| 08/02/2021 | 32PR132482 | ROBERT DAVID HUELSKAMP | 273.49 |
| 08/16/2021 | 32PR132658 | ROBERT DAVID HUELSKAMP | 242.83 |
| 09/02/2021 | 32PR132966 | ROBERT DAVID HUELSKAMP | 237.00 |
| 09/13/2021 | 32PR133104 | ROBERT DAVID HUELSKAMP | 249.56 |
| 09/27/2021 | 32PR133309 | ROBERT DAVID HUELSKAMP | 249.74 |
| 10/12/2021 | 32PR133540 | ROBERT DAVID HUELSKAMP | 250.85 |
| 10/26/2021 | 32PR133717 | ROBERT DAVID HUELSKAMP | 250.85 |
| 11/08/2021 | 32PR133925 | ROBERT DAVID HUELSKAMP | 251.89 |
| 11/23/2021 | 32PR134153 | ROBERT DAVID HUELSKAMP | 231.45 |
| 12/10/2021 | 32PR134399 | ROBERT DAVID HUELSKAMP | 233.48 |
| 12/21/2021 | 32PR134552 | ROBERT DAVID HUELSKAMP | 246.64 |
| 01/03/2022 | 32PR134700 | ROBERT DAVID HUELSKAMP | 251.98 |
| 01/19/2022 | 32PR134971 | ROBERT DAVID HUELSKAMP | 253.37 |
| 01/31/2022 | 32PR135168 | ROBERT DAVID HUELSKAMP | 176.19 |
| 02/16/2022 | 32PR135368 | ROBERT DAVID HUELSKAMP | 214.96 |
| 03/03/2022 | 32PR135610 | ROBERT DAVID HUELSKAMP | 247.28 |
| 03/14/2022 | 32PR135853 | ROBERT DAVID HUELSKAMP | 182.71 |
| 03/29/2022 | 32PR136083 | ROBERT DAVID HUELSKAMP | 239.28 |
|  |  |  | Total: $4776.86 |