EXHIBIT
14

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

**CONNIE ESSMYER,**

    Plaintiff,

v.

**HUELSKAMP LAW, LLC,**

    Defendant.

Case No.   1:22-cv-00140-SNLJ

**DECLARATION OF RICHARD A. VOYTAS, JR.**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**

The declarant, Richard A. Voytas, Jr., being of lawful age and duly sworn upon his oath, deposes and states as follows:

1.    I am an adult over eighteen years of age who is competent to make the statements contained herein. All statements herein are made on the basis of my own personal knowledge and observation. If called to testify before the Court on the matters contained herein, I will do so.

2.    Connie Essmyer ("Connie") hired me in August of 2022 to evaluate whether or not she was being over-garnished by Defendant Huelskamp in case number 19PR-AC00283 pending in Perry County, Missouri.

3.    After examining Connie's payment history and the Defendant Huelskamp's Third Garnishment (filed on April 19, 2022), I determined that the collection attorney for Perry County Memorial Hospital ("Memorial") was attempting to collect about $3,000 more than the amount that was owed by Connie.

4.      Separate and apart from this federal action, I spent 2.7 hours at the rate of $450 per hour working on the state court collection matter with an attorney for Memorial, Connie's original creditor.  Connie is indebted to me in this amount.

5.      I reviewed my detailed calculations with the attorney and obtained his agreement to release the garnishment on October 6, 2022.

6.      It is my understanding that Memorial thereafter ordered Defendant Huelskamp to file the release of the garnishment, which he did on October 6, 2022.

7.      I engaged in further work with the attorney for Memorial to cause Defendant Huelskamp, on Memorial's behalf, to file a "Satisfaction of Judgment" on October 25, 2023.

8.      Connie is obligated to me for $1,215.00 in fees for my endeavors in this regard.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. (28 U.S.C. § 1746).

Executed on November 24, 2023.

/s/ *Richard A. Voytas, Jr.*
Richard A. Voytas, Jr.