**The purpose of this agreement is to collect a debt and any information obtained will be used for that purpose.**

IN THE CIRCUIT COURT OF THE COUNTY OF PERRY
IN PERRYVILLE, MISSOURI

F I L E D
SEP 1 2 2019
PERRY COUNTY, MO
CIRCUIT CLERK

| | | |
|---|---|---|
| PERRY COUNTY MEMORIAL HOSPITAL | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) | Case No. 19PR-AC00283 |
| | ) | |
| JOSEPH F. ESSMYER CONNIE ESSMYER | ) ) ) | |
| Defendant. | ) | |

### CONSENT JUDGMENT AND STIPULATION FOR INSTALLMENT PAYMENTS

Comes now the Defendant and for his agreement, states to the Court:

1.     JOSEPH F. ESSMYER and CONNIE ESSMYER agrees that he owes Perry County Memorial Hospital in the amount of Nine Thousand One Hundred Twenty –Eight Dollars and 79/100 ($9,128.79), court costs of Two Hundred Twenty Two Dollars and 35/100 ($222.35), and a judgment in the amount of Nine Thousand Three Hundred Fifty – One Dollars and 14/100 ($9,351.14) may be entered in favor of Plaintiff by the Court.

2.     JOSEPH F. ESSMYER and CONNIE ESSMYER will make regular monthly installment payments of $ 250.00 each month beginning November 1 , 2019 and on the _____ day of each month thereafter until the total balance of Nine Thousand Three Hundred Fifty – One Dollars and 14/100 ($9,351.14) is paid in full. Any default in payment under this stipulation may result in the issuance of an execution by which the Defendant's property may be taken to satisfy the Judgment.

3.     JOSEPH F. ESSMYER is currently employed by ███████ _____ and CONNIE ESSMYER is currently employed by _ ███████ _____ and expressly consents to communications with his employer or other third parties to confirm or obtain employment and/or location information.   In the event that JOSEPH F. ESSMYER and/or CONNIE ESSMYER changes employers or transfers to another location, he will notify Perry County Memorial Hospital's counsel and continue to update this information on a prompt and timely basis.

4.     Plaintiff agrees to accept the above installment payments and understands that no



*EXHIBIT B1*

execution on Defendant's property may issue unless Defendant defaults on the above agreed payments. In the event any payment is late or less than the agreed amount, Perry County Memorial Hospital retains the right to take all action authorized by law, without advance notice to JOSEPH F. ESSMYER and CONNIE ESSMYER.

5.      Perry County Memorial Hospital agrees to take no further action against JOSEPH F. ESSMYER and CONNIE ESSMYER as long as each payment is made on a timely basis.

HUELSKAMP LAW, LLC.
296 Market Street
P. O. Box 506
Ste. Genevieve, MO 63670
(573) 883-5793
robhuelskamp@huelskamplaw.net

By: _____
Robert D. Huelskamp #32319

_____
JOSEPH F. ESSMYER

_____
CONNIE ESSMYER

FILED
SEP 1 2 2019
PERRY COUNTY, MO
CIRCUIT CLERK

| STATE OF MISSOURI | ) | |
|---|---|---|
| | : | SS. |
| COUNTY OF STE. GENEVIEVE | ) | |

On this _____ day of _____, 2019 before me personally appeared JOSEPH F. ESSMYER and CONNIE ESSMYER, to me known to be the person described in and who executed the foregoing instrument and acknowledged that they executed the same as their free act and deed.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

_____
Notary Public

My Commission Expires: