



*EXHIBIT C*



DEF0095





Safeguard LITHO USA  SFSL3  CK7508113L

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31480

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA                    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800        CS47S50010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31480
20-JAN-2021

ACCOUNT INFORMATION                                                         REMITTANCE AMOUNT

PCMH  VS  JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                                    $234.55

DETACH AND RETAIN FOR YOUR RECORDS.

DEF0097

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31551

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CS47S50010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31551

03-FEB-2021

ACCOUNT INFORMATION                                                                 REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                                    $202.97

DETACH AND RETAIN FOR YOUR RECORDS.                                                        $336.45

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

DATE

31551

03-FEB-2021

AMOUNT

PAY

TO THE
ORDER
OF  ROBERT DAVID HUELSKAMP

*Donna Schremp*

THIS DOCUMENT CONTAINS HEAT-SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT

DEF0098



(2)Safeguard® LITHO USA   SFSL3  CK7508113L

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31575

MAIL TO:


ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CS47S50010000     L01SF024445

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31575
22-FEB-2021


Continued from check #          ██████████


ACCOUNT INFORMATION                                 REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                    $242.68 ✗


DETACH AND RETAIN FOR YOUR RECORDS.

DEF0099

31687

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

SF4001BOTT-1SA                 TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK                                                                                31687
                                                                                                         15-MAR-2021

Continued from check #              ▮▮▮▮▮

ACCOUNT INFORMATION                                                                    REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                                        $196.90 ✗

                          DETACH AND RETAIN FOR YOUR RECORDS.                                     $921.40 ⬤

CIRCUIT COURT OF PERRY COUNTY, MO                                                                         31687
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2                     THE BANK OF MISSOURI
PERRYVILLE, MO 63775                                   PERRYVILLE, MO
(573) 547-6581                                                                    DATE

                                                                                        15-MAR-2021
                                                                                AMOUNT

PAY

TO THE
ORDER
OF      ROBERT DAVID HUELSKAMP

                                                                          _Donna Schremp_

31719

MAIL TO:

ROBERT DAVID HUELSKAMP          PCMH
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800

CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31719
29-MAR-2021



ACCOUNT INFORMATION

TTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

Garnishments out

$83

$192.97

DETACH AND RETAIN FOR YOUR RECORDS.

DEF0101

MAIL TO:

PCMH

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

SF40018OTT-1SA

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800

CSMZ4C0010000   L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31787
12-APR-2021

ACCOUNT INFORMATION

REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

Garnishments Out

$169.74

DETACH AND RETAIN FOR YOUR RECORDS.

DEF0102

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31826

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

PCMH

SF4001BOTT-1SA

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800

CSMZ4C0010900     L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31826
31826
26-APR-2021

ACCOUNT INFORMATION

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER     $195.24

Garnishments Out     $289.57

DETACH AND RETAIN FOR YOUR RECORDS.

DEF0103

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31893

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

SF4001BOTT-ISA

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

CSMZ4C0010000   L01SF024446

31893
10-MAY-2021

ACCOUNT INFORMATION

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

Garnishments Out

$261.46

RETAIN FOR YOUR RECORDS.

DEF0104

31939

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA                    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK                                                                      31939
                                                                                               24-MAY-2021

Continued from check #          ▮▮▮▮

ACCOUNT INFORMATION                                                              REMITTANCE AMOUNT

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮        PCMH  VS  JOSEPH F.  ESSMYER  &  CONNE S.  ESSMYER
Garnishments Out                                          $220.58

341                          DETACH AND RETAIN FOR YOUR RECORDS.                    $2,043.72 ●

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK                          THE BANK OF MISSOURI              31939
15 WEST STE. MARIE ST., SUITE 2                        PERRYVILLE, MO
PERRYVILLE, MO 63775
(573) 547-6581                                         80-386/819              DATE

                                                                                24-MAY-2021
                                                                               AMOUNT
PAY

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP

                                                                  Donna Schremp

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK · TOUCH OR PRESS HERE · RED IMAGE DISAPPEARS WITH HEAT

32108

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000   L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32108
07-JUL-2021

ACCOUNT INFORMATION

REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                    $262.21

DETACH AND RETAIN FOR YOUR RECORDS.

$262.21

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

CIRCUIT COURT OF PERRY COUNTY, MO                                      32108
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2          THE BANK OF MISSOURI
PERRYVILLE, MO 63775                     PERRYVILLE, MO
(573) 547-6581                           80-386/819              DATE
                                                                07-JUL-2021
                                                                AMOUNT

PAY
                                                                $262.21
Two Hundred Sixty-Two & 21/100************************************************

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP



THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

DEF0106

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32139

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

SF4001BOTT-1SA

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800

CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32139
19-JUL-2021

ACCOUNT INFORMATION

Garnishments Out    PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

REMITTANCE AMOUNT
$231.10

DETACH AND RETAIN FOR YOUR RECORDS.

DEF0107

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000    LO1SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32207
02-AUG-2021

Continued from check #          ██████

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
|---|---|
| ██████████████████████████████ | |
| ██████ ███████████  PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $273.49 |

DETACH AND RETAIN FOR YOUR RECORDS.          $677.61

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

32207

DATE
02-AUG-2021
AMOUNT

PAY  ████████████████████████████

TO THE
ORDER
OF  ROBERT DAVID HUELSKAMP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

DEF0108

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32239

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA             TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32239
16-AUG-2021

ACCOUNT INFORMATION                                    REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

Garnishments Out                                              $242.83

DETACH AND RETAIN FOR YOUR RECORDS.                                  $474.14

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819                    DATE

32239

16-AUG-2021
AMOUNT

PAY

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

DEF0109

Safeguard LITHO USA SFSL3 CK7S06113L

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32310

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32310
02-SEP-2021

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
|---|---|
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $237.00 |

DETACH AND RETAIN FOR YOUR RECORDS.                                    $320.10

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

32310

DATE
02-SEP-2021
AMOUNT

PAY

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP

Donna Schimp



THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT.

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32339

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000   L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32339
13-SEP-2021

Continued from check #          32338

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
| --- | --- |
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $249.56 |

DETACH AND RETAIN FOR YOUR RECORDS.                                    $727.82

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

32339

DATE

13-SEP-2021
AMOUNT

PAY

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

_Donna Schremp_

Safeguard

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32375

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32375
27-SEP-2021

ACCOUNT INFORMATION                                              REMITTANCE AMOUNT

133309    19PR-AC00283    PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                                            $249.74

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32441

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

CSMZ4C0010000    L01SF024446

32441
12-OCT-2021



ACCOUNT INFORMATION

REMITTANCE AMOUNT

Garnishments Out

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

$250.85

DETACH AND RETAIN FOR YOUR RECORDS.

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32471

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800

CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32471
26-OCT-2021

ACCOUNT INFORMATION

REMITTANCE AMOUNT

Garnishments Out     PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
$250.85—

DETACH AND RETAIN FOR YOUR RECORDS.

DEF0114



CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32542

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000     L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32542
08-NOV-2021

ACCOUNT INFORMATION                                                                    REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                         $251.89

DETACH AND RETAIN FOR YOUR RECORDS.                                            $476.75

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32569

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

SF4001BOTT-1SA     TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800     CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32569

23-NOV-2021

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
|---|---|
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $231.45 |

DETACH AND RETAIN FOR YOUR RECORDS.      $231.45

DEF0116

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32638

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32638
10-DEC-2021

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
|---|---|
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $233.48 |

SF4001BOTT-1SA    Safeguard    TO REORDER CALL YOUR SAFEGUARD CONSULTANT OR CALL 1-888-549-4800    CC3ZWW0010000 L01SF024446    $349.32

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

32638

DATE

10-DEC-2021

AMOUNT

PAY

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK • TOUCH OR PRESS HERE • RED IMAGE DISAPPEARS WITH HEAT

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32662

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32662
21-DEC-2021

ACCOUNT INFORMATION                                        REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                              $246.64

64    SF4001BOTT-1SA    Safeguard    TO REORDER CALL YOUR REPRESENTATIVE OR 1-800-549-4800   DETACH AND RETAIN FOR YOUR RECORDS    CC3ZWW0010000 L01SF024446    $246.64

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**                                                32662
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2                    THE BANK OF MISSOURI
PERRYVILLE, MO 63775                               PERRYVILLE, MO
(573) 547-6581
                                                   80-386/819                DATE
                                                                            21-DEC-2021
                                                                            AMOUNT

PAY

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

32716

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32716
03-JAN-2022

Continued from check #          32715

ACCOUNT INFORMATION

REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

Garnishments Out                                    $251.98

SF4001BOTT-1SA      Safeguard      TO REORDER CALL AND RETAIN FOR YOUR RECORDS 849-4800      CC3ZWW0010000  L01SF024446

DEF0119

Safeguard

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32718

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32718

03-JAN-2022

Continued from check #   ▮▮▮▮

ACCOUNT INFORMATION

REMITTANCE AMOUNT

SF40018QTT-1SA        Safeguard      TO REORDER CALL AND RETAIN FOR YOUR RECORDS 549-4800          CC3ZWW0010000 L01SF024446      $1,571.79

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

32718

DATE

03-JAN-202

AMOUNT

PAY

TO THE
ORDER
OF      ROBERT  DAVID  HUELSKAMP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK

DEF0120

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32757

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32757
32757
19-JAN-2022

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
|---|---|
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $253.37 |

SF4001BOTT-1SA    Safeguard    TO REORDER CALL YOUR DEALER 849-4800    CC3ZWW0010000 L01SF024446    $288.45

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO  63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

32757

DATE

19-JAN-2022
AMOUNT

PAY

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP

Donna Schremp

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK

32783

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32783
31-JAN-2022

Continued from check #        32782

ACCOUNT INFORMATION



PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

REMITTANCE AMOUNT

Garnishments Out

$176.19

SF4001B0TT-1SA        Safeguard     TO REORDER CALL AND RETAIN FOR YOUR RECORDS 849-4800      CC3ZWV0010000 L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32850

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32850

16-FEB-2022

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
| --- | --- |
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $214.96 |

252    SF4001BOTT-1SA    Safeguard    TO REORDER CALL AND RETAIN FOR YOUR RECORDS 549-4800    CC3ZWW0010000 L01SF024446    $371.66

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

32850

DATE
16-FEB-2022
AMOUNT

PAY

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP

*Donna Schwemp*

DEF0123

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32924

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32924
03-MAR-2022

ACCOUNT INFORMATION

REMITTANCE AMOUNT

Garnishments Out     PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

$247.28

SF4001BOTT-1SA     Safeguard     TO REORDER CALL 800-849-4800     DETACH AND RETAIN FOR YOUR RECORDS     CC3ZWW0010000  L015F024446

DEF0124

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32961

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32961
14-MAR-2022

Continued from check #   ███████

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
| --- | --- |
| ████████████████████████████ | |
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $182.71 |
| ████████████████████████████ | |

363    SF4001BOTT-1SA    Safeguard    TO REORDER CALL AND RETAIN FOR YOUR RECORDS 849-4800    CC3ZVWW0010000 L01SF024446    $967.72

---

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

DATE
14-MAR-2022
AMOUNT

PAY ████████████████████████████████

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP



CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32994

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32994
32994
29-MAR-2022

ACCOUNT INFORMATION

REMITTANCE AMOUNT

Garnishments Out     PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
$239.28

SF4001BOTT-1SA       ⑥Safeguard       TO REORDER CALL 800-649-4800     DETACH AND RETAIN FOR YOUR RECORDS       CC3ZWW0010000  L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33196

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33196
23-MAY-2022

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
|---|---|

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

Garnishments Out                                    $245.96

98    SF4001BOTT-1SA    ⓖSafeguard    TO REORDER CALL TOLL FREE 1-800-949-4800    DETACH AND RETAIN FOR YOUR RECORDS    CC3ZWW0010000 L01SF024446    $425.96

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO  63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

DATE
23-MAY-2022

AMOUNT

PAY

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP

Donna Schremp

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33258

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33258

06-JUN-2022

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
|---|---|

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

Garnishments Out                                    $191.33

160   SF4001BOTT-1SA   Safeguard   TO REORDER CALL ... 849-4800   CC3ZWW0010000 L01SF024446   $601.80

---

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819                DATE

33258

06-JUN-2022
AMOUNT

PAY

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

Donna Schemp

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33289

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33289
21-JUN-2022

ACCOUNT INFORMATION

REMITTANCE AMOUNT

Garnishments Out

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

$230.10

SF4001BOTT-1SA        Safeguard        TO REORDER CALL 1-800-237-4800        DETACH AND RETAIN FOR YOUR RECORDS        CC3ZWW0010000  L01SF024446

DEF0129

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33345

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33345
05-JUL-2022

ACCOUNT INFORMATION

REMITTANCE AMOUNT



Garnishments Out    PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

$205.39

SF4001BOTT-1SA    Safeguard    TO REORDER CALL 1-800-649-4800    DETACH AND RETAIN FOR YOUR RECORDS    CC3ZWW0010000 L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33376

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33376
19-JUL-2022

| ACCOUNT INFORMATION | | REMITTANCE AMOUNT |
|---|---|---|
| | PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | | $226.97 |

278    SF4001BOTT-1SA    Safeguard    TO REORDER CALL AND RETAIN FOR YOUR RECORDS 649-4800    CC3ZWW0010000 L01SF024446    $226.97

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

33376

DATE
19-JUL-2022
AMOUNT

PAY
$226.97

Two Hundred Twenty-Six & 97/100**********************************************************************

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. REDIMAGE DISAPPEARS WITH HEAT.

DEF0131

Safeguard  LITHO USA  SFSL3  CK7S0B113L

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33434

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33434

01-AUG-2022

ACCOUNT INFORMATION

REMITTANCE AMOUNT

138696    19PR-AC00283    PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                                $79.50

336    SF4001BOTT-1SA    Safeguard    TO REORDER CALL YOUR DISTRIBUTOR OR SAFEGUARD 1-800-849-4800    CC3ZWW0010000 L01SF024446    $259.50

DEF0132

33469

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33469
17-AUG-2022

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
|---|---|
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $102.22 |

SF4001BOTT-1SA   ⓢSafeguard   TO REORDER CALL: 1-800-523-9000 OR FAX 1-800-749-4800   DETACH AND RETAIN FOR YOUR RECORDS   CC3ZWW0010000 L01SF024446   $390.09

ORIGINAL DOCUMENT PRINTED ON CHEMICALLY REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

33469

DATE

17-AUG-2022
AMOUNT

PAY

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33493

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33493
29-AUG-2022



ACCOUNT INFORMATION

REMITTANCE AMOUNT

Out

Garnishments Out

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

$97.45

SF4001BOTT-1SA    Safeguard    TO REORDER CALL TOLL FREE 1-800-243-4800    CC3ZWW0010000 L01SF024446

33562

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33562
13-SEP-2022

ACCOUNT INFORMATION                                                     REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                                        $87.01

SF4001BOTT-1SA      (f) Safeguard      TO REORDER, CALL AND RETAIN FOR YOUR RECORDS 649-4800      CC3ZWW0010000 L01SF024446      $87.01

---

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO  63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

33562

DATE
13-SEP-2022
AMOUNT

$87.01

PAY   Eighty-Seven & 01/100**********************************************************************************

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33661

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA        Safeguard    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800        CCKZZK0010000  L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33661
03-OCT-2022

ACCOUNT INFORMATION                                                                    REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

Garnishments Out                                                              $101.37

DETACH AND RETAIN FOR YOUR RECORDS.

DEF0136

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33681

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA    ⓢSafeguard    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800    CCKZZK0010000  L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33681
33681
11-OCT-2022

ACCOUNT INFORMATION                                                          REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                            $100.54

DETACH AND RETAIN FOR YOUR RECORDS.                                          $329.20

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**                                        33681
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2              THE BANK OF MISSOURI
PERRYVILLE, MO  63775                        PERRYVILLE, MO
(573) 547-6581                               80-386/819              DATE

                                                                     AMOUNT  11-OCT-2022

PAY

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

                                             Donna Schremp

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

DEF0137