## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

CONNIE ESSMYER                              )
                                           )
        Plaintiff,                    )    Case No.: 1:22-cv-00140
                                           )
v.                                         )
                                           )
HUELSKAMP LAW, LLC,                        )
                                           )
        Defendant.                     )

### AFFIDAVIT AND SWORN STATEMENT OF ROBERT HUELSKAMP

I, Robert Huelskamp, do hereby swear under oath that the following is true and accurate to the best of my personal knowledge and belief, and I have personal knowledge of the facts set forth herein:

1.      My name is Robert Huelskamp, and I am over 18 years old.

2.      I am the principal and only representative of Huelskamp Law, LLC, the defendant in the lawsuit filed by Connie Essmyer with Cause No. 1:22-cv-00140.

3.      I have personal knowledge of each of the facts, documents, materials referenced and attached to this affidavit.

4.      Each of the documents and materials referenced and attached to this affidavit are true and accurate copies of the same.

5.      Huelskamp Law, LLC filed a lawsuit against Plaintiff Connie Essmyer on behalf of ███████████████████████████ on June 6, 2019.

6.      As a result of the lawsuit, my firm and Plaintiff Connie Essmyer agreed to a Consent Judgment and Stipulation for the principal amount of $9,351.14. (*See* Consent Judgment and Stipulation, attached as Exhibit B(1)).

#30848226 v1



7.      Pursuant to the Consent Judgment and Stipulation, Plaintiff Connie Essmyer agreed that, beginning on November 1, 2019, she would monthly installments of $250 until the judgment was satisfied. (*See* Exhibit B(1)).

8.      The Consent Judgment and Stipulation stated that "in the event any payment is late or less than the agreed amount, Perry County retains the right to take all action authorized by law." (*See* Exhibit B(1)).

9.      The Court entered a Judgment for Perry County for the principal amount of $9,351.14 on September 12, 2019. (*See* Entry of Judgment, attached as Exhibit B(2)).

10.     Between November 4, 2019, and February 8, 2020, Huelskamp Law, LLC received from Plaintiff Connie Essmyer two payments of $250 and one payment of $150.

11.     Huelskamp Law, LLC did not receive any payments from Plaintiff Connie Essmyer between February 8, 2020, and July 30, 2020.

12.     Resulting from Plaintiff's non-payment, Huelskamp Law, LLC filed three Garnishment Applications and Orders on July 30, 2020, May 21, 2021, and April 18, 2022. (*See* Garnishment Applications and Orders attached as Exhibits B(3), B(4), and B(5)).

13.     Plaintiff's last payment occurred on October 11, 2022.

14.     As of today, Plaintiff Connie Essmyer has paid a total of $9,365.75.

15.     Pursuant to RSMo. 408.040, there is a statutory interest rate of nine (9) percent per annum on Plaintiff's Judgment.

16.     When applying the statutory interest rate of nine (9) percent per annum and post-judgment costs, the total amount of the Judgment against Plaintiff still outstanding, less payments made, was $2,321.46 as of October 11, 2022.

2

#30848226 v1

Executed on this _22_ day of _November_, 2023.

_____
Robert Huelskamp

Subscribed and sworn to before me this _22_ day of _November_ 2023.

_____
Notary Public

My Commission Expires: 3/20/2027

STEPHANIE CI'AN SOLTYS
NOTARY PUBLIC, NOTARY SEAL
STATE OF MISSOURI
STE. GENEVIEVE COUNTY
COMMISSION # 23075236
MY COMMISSION EXPIRES: 3/20/2027

3

#30848226 v1