



EXHIBIT C

DEF0094







DEF0096

Safeguard LITHO USA SFSL3 CK7508113L

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31480

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

SF4001BOTT-1SA                 TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CS47S50010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31480
20-JAN-2021

ACCOUNT INFORMATION

REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

Garnishments Out                                                    $234.55

DETACH AND RETAIN FOR YOUR RECORDS.

DEF0097

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31551

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA        TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800        CS47S50010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31551
03-FEB-2021

ACCOUNT INFORMATION                                                    REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                                      $202.97

DETACH AND RETAIN FOR YOUR RECORDS.                                   $336.45

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO  63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

31551

80-386/819

DATE
03-FEB-2021
AMOUNT

PAY

TO THE
ORDER
OF  ROBERT DAVID HUELSKAMP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT

DEF0098

Safeguard LITHO USA SFSL3 CK7508113L

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31575



MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

SF4001BOTT-1SA        TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4900        CS47S50010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31575
22-FEB-2021

Continued from check #   ▉▉▉▉▉

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
|---|---|

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                    $242.68 X

DETACH AND RETAIN FOR YOUR RECORDS.

DEF0099

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31687

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31687
31687
15-MAR-2021

Continued from check #          ███████

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
|---|---|
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $196.90 |

DETACH AND RETAIN FOR YOUR RECORDS.          $921.40

ORIGINAL DOCUMENT PRINTED ON CHEMICALLY REACTIVE PAPER WITH MICROPRINTED BORDER

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

31687

DATE

AMOUNT  15-MAR-2021

PAY

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

SECURED BY EZSHIELD

*Donna Schremp*

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK • TOUCH OR PRESS HERE • RED IMAGE DISAPPEARS WITH HEAT.

DEF0100

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31719

MAIL TO:

ROBERT DAVID HUELSKAMP          PCMH
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800

CSMZ4C001D000     L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31719
31719
29-MAR-2021



ACCOUNT INFORMATION

TTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

Garnishments Out

$83.

$192.97

DETACH AND RETAIN FOR YOUR RECORDS.

DEF0101

31787

MAIL TO:

*PCMH*

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

SF40018OTT-1SA

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800

CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31787
12-APR-2021

ACCOUNT INFORMATION

REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

Garnishments Out                                           $169.74

DETACH AND RETAIN FOR YOUR RECORDS.

DEF0102

31826

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

*PCMH*

SF4001BOTT-1SA

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800

CSMZ4C0010900   L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31826
26-APR-2021

ACCOUNT INFORMATION

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER    $195.24

Garnishments Out                                $289.57

DETACH AND RETAIN FOR YOUR RECORDS.

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31893

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

CSMZ4C0010000    L01SF024446

31893
31893
10-MAY-2021

ACCOUNT INFORMATION

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                        $261.46

AND RETAIN FOR YOUR RECORDS.

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31939

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

31939
24-MAY-2021

Continued from check #          ▮▮▮▮▮▮

ACCOUNT INFORMATION                                                    REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                    $220.58

DETACH AND RETAIN FOR YOUR RECORDS.                              $2,043.72 ●

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

31939

DATE

24-MAY-2021
AMOUNT

PAY

TO THE
ORDER
OF      ROBERT DAVID HUELSKAMP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK · TOUCH OR PRESS HERE · RED IMAGE DISAPPEARS WITH HEAT

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32108

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32108
07-JUL-2021

ACCOUNT INFORMATION                                                              REMITTANCE AMOUNT

                    PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                                      $262.21

DETACH AND RETAIN FOR YOUR RECORDS.                                              $262.21

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

CIRCUIT COURT OF PERRY COUNTY, MO                                                           32108
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2                        THE BANK OF MISSOURI
PERRYVILLE, MO 63775                                    PERRYVILLE, MO
(573) 547-6581                                         80-386/819              DATE

                                                                               07-JUL-2021
                                                                               AMOUNT

PAY                                                                             $262.21

Two Hundred Sixty-Two & 21/100**************************************************************

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32139

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

SF4001BOTT-1SA

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800

CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32139
19-JUL-2021

ACCOUNT INFORMATION

Garnishments Out

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

REMITTANCE AMOUNT

$231.10

DETACH AND RETAIN FOR YOUR RECORDS.

DEF0107

32207

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000     L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32207

02-AUG-2021

Continued from check #          █████

ACCOUNT INFORMATION                                                          REMITTANCE AMOUNT

█████████████████████████████████████████████████████████████████

█████  ███████████   PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                                $273.49

DETACH AND RETAIN FOR YOUR RECORDS.                              $677.61

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

32207

DATE
02-AUG-2021
AMOUNT

PAY  ████████████████████████████████████████████████████

TO THE
ORDER  ROBERT DAVID HUELSKAMP
OF

Donna Schump

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT.

DEF0108

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32239

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32239
16-AUG-2021

ACCOUNT INFORMATION                                                  REMITTANCE AMOUNT

Garnishments Out          PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
                                                                    $242.83

DETACH AND RETAIN FOR YOUR RECORDS.                                 $474.14

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO  63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819                    DATE

32239

16-AUG-2021
AMOUNT

PAY

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

*Donna Schwemp*

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT.

DEF0109

®Safeguard LITHO USA SFSL3 CK7S0611 3L

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32310

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32310o
02-SEP-2021

ACCOUNT INFORMATION                                                              REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                                     $237.00

DETACH AND RETAIN FOR YOUR RECORDS.                                      $320.10

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819                          DATE

32310

02-SEP-2021
AMOUNT

PAY

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

*Donna Schrimp*



THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32339

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000   L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32339
13-SEP-2021

Continued from check #          32338

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
| --- | --- |
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $249.56 |

DETACH AND RETAIN FOR YOUR RECORDS.                                   $727.82

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

32339

DATE

13-SEP-2021
AMOUNT

PAY

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP

_Donna Schremp_

Safeguard

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32375

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

SF4001BOTT-1SA            TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800        CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32375
27-SEP-2021

ACCOUNT INFORMATION                                                    REMITTANCE AMOUNT

133309    19PR-AC00283    PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                               $249.74

DEF0112

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32441

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

CSMZ4C0010000    L01SF024446

32441
12-OCT-2021

ACCOUNT INFORMATION

REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

$250.85

DETACH AND RETAIN FOR YOUR RECORDS.

DEF0113

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32471

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800

CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32471
26-OCT-2021

ACCOUNT INFORMATION

REMITTANCE AMOUNT

Garnishments Out    PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

$250.85—

DETACH AND RETAIN FOR YOUR RECORDS.

DEF0114

Case: 1:22-cv-00140-SNLJ   Doc. #: 44-8   Filed: 12/26/23   Page: 22 of 44   PageID #: 1049



CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32542

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32542
32542
08-NOV-2021

ACCOUNT INFORMATION                                      REMITTANCE AMOUNT

Garnishments Out       PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
                                                    $251.89

DETACH AND RETAIN FOR YOUR RECORDS.                                    $476.75

DEF0115

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

SF4001BOTT-1SA          TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CSMZ4C0010000    L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32569
23-NOV-2021

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
| --- | --- |
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $231.45 |

DETACH AND RETAIN FOR YOUR RECORDS.                                    $231.45

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32638

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32638

10-DEC-2021

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
| --- | --- |
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $233.48 |

SF4001BOTT-1SA    Safeguard    TO REORDER... 549-4800    CC3ZWW0010000  L01SF024446    **$349.32**

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

32638

DATE

10-DEC-2021

AMOUNT

PAY

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT

DEF0117

32662

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32662
21-DEC-2021

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
|---|---|
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $246.64 |

SF4001BOTT-1SA   Safeguard   TO REORDER CALL AND RETAIN FOR YOUR RECORDS 649-4800   CC3ZWW0010000 L01SF024446   $246.64

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

32662

DATE
21-DEC-2021
AMOUNT

PAY

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

Donna Schuemp

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

32716

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32716
03-JAN-2022

Continued from check #          32715

ACCOUNT INFORMATION

REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                              $251.98

SF4001BOTT-1SA    Safeguard    TO REORDER CALL: 1-800-849-4800    DETACH AND RETAIN FOR YOUR RECORDS    CC3ZWW0010000 L01SF024446

Safeguard

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32718

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32718
03-JAN-2022

Continued from check #

ACCOUNT INFORMATION                                          REMITTANCE AMOUNT

$1,571.79

SF40018OTT-1SA        Safeguard    TO REORDER CALL 1-888-574-4000          CC3ZWW0010000  L01SF024446

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

32718

DATE

03-JAN-202

AMOUNT

PAY

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP

DEF0120

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32757

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32757
32757
19-JAN-2022

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
|---|---|
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $253.37 |

SF4001BOTT-1SA    Safeguard    TO REORDER CALL AND RETAIN FOR YOUR RECORDS 849-4800    CC3ZWW0010000 L01SF024446    $288.45

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

32757

DATE

19-JAN-2022
AMOUNT

PAY

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP

Donna Schremp

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32783

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32783
31-JAN-2022

Continued from check #          32782

ACCOUNT INFORMATION



Garnishments Out          PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

REMITTANCE AMOUNT
$176.19

SF4001BOTT-1SA       Safeguard    TO REORDER ADH AND RETAIN FOR YOUR RECORDS 849-4800

DEF0122

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32850

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32850

16-FEB-2022

| ACCOUNT INFORMATION | | REMITTANCE AMOUNT |
|---|---|---|
| | PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | | $214.96 |

252   SF4001BOTT-1SA   Safeguard   TO REORDER CALL AND RETAIN FOR YOUR RECORDS 549-4800   CC3ZWW0010000  L01SF024446   **$371.66**

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

32850

DATE   16-FEB-2022
AMOUNT

PAY

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

Donna Schwemp

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32924

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32924
03-MAR-2022

ACCOUNT INFORMATION

REMITTANCE AMOUNT

Garnishments Out

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

$247.28

SF4001BOTT-1SA   Safeguard   TO REORDER CALL AND RETAIN FOR YOUR RECORDS 849-4800   CC3ZWW0010000 L015F024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32961

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE  GENEVIEVE, MO   63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32961
14-MAR-2022

Continued from check #        ■

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
| --- | --- |
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $182.71 |

363    SF4001BOTT-1SA    ⓢ Safeguard    TO REORDER CALL 1-800-849-4800    DETACH AND RETAIN FOR YOUR RECORDS    CC3ZWW0010000 L01SF024446    **$967.72**

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO  63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

DATE
14-MAR-2022
AMOUNT

PAY

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT.

DEF0125

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32994

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

32994
32994
29-MAR-2022

ACCOUNT INFORMATION

Garnishments Out

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

REMITTANCE AMOUNT

$239.28

SF4001BOTT-1SA   Safeguard   TO REORDER DETACH AND RETAIN FOR YOUR RECORDS 649-4800

CC3ZWW0010000 L01SF024446

DEF0126

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33196

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33196
33196
23-MAY-2022

ACCOUNT INFORMATION

REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

Garnishments Out                                                    $245.96

| 98 | SF4001BOTT-1SA | Safeguard | TO REORDER CALL AND RETAIN FOR YOUR RECORDS 649-4800 | CC3ZWW0010000 L01SF024446 | $425.96 |

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

DATE

23-MAY-2022
AMOUNT

PAY

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

Donna Schremp

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33258

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33258

06-JUN-2022

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
| --- | --- |
| PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $191.33 |

| | | |
| --- | --- | --- |
| 160 | SF4001BOTT-1SA   Safeguard   TO REORDER CALL AND RETAIN FOR YOUR RECORDS 849-4800 | CC3ZWW0010000 L01SF024446   $601.80 |

DETACH AND RETAIN FOR YOUR RECORDS

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**CIRCUIT COURT OF PERRY COUNTY, MO**
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO  63775
(573) 547-6581

33258

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

DATE

06-JUN-2022

AMOUNT

PAY

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

Donna Schwemp

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33289

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O BOX 506
STE GENEVIEVE, MO 63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33289
21-JUN-2022

ACCOUNT INFORMATION

REMITTANCE AMOUNT

Garnishments Out

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

$230.10

SF4001BOTT-1SA    Safeguard    TO REORDER CALL AND RETAIN FOR YOUR RECORDS 849-4800

CC3ZVW0010000  L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33345

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33345
05-JUL-2022



ACCOUNT INFORMATION

REMITTANCE AMOUNT

Garnishments Out      PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
$205.39

SF4001BOTT-1SA      Safeguard      DETACH AND RETAIN FOR YOUR RECORDS

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33376

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33376
19-JUL-2022

ACCOUNT INFORMATION

REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out

$226.97

| | |
|---|---|
| 278 | SF4001BOTT-1SA   ⓢSafeguard   TO REORDER CALL YOUR SAFEGUARD DISTRIBUTOR 649-4800   CC3ZWW0010000 L01SF024446 | $226.97 |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO 63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

33376

DATE
19-JUL-2022
AMOUNT

$226.97

PAY

Two Hundred Twenty-Six & 97/100************************************************************

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

_Donna Schemp_

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

Safeguard  LITHO USA   SFSL3  CK7S0B113L

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33434

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33434
01-AUG-2022

| ACCOUNT INFORMATION | REMITTANCE AMOUNT |
|---|---|
| 138696   19PR-AC00283   PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER | |
| Garnishments Out | $79.50 |

336      SF4001BOTT-1SA      Safeguard      TO REORDER CALL YOUR DISTRIBUTOR OR SAFEGUARD 849-4800      CC3ZWW0010000 L01SF024446      $259.50

DEF0132

33469

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33469
17-AUG-2022

ACCOUNT INFORMATION

REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

Garnishments Out                                    $102.22

SF4001BOTT-1SA      Safeguard      TO REORDER CALL AND RETAIN FOR YOUR RECORDS 849-4800      CC3ZWW0010000 L01SF024446      $390.09

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO  63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

33469

DATE

17-AUG-2022
AMOUNT

PAY

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33493

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33493
29-AUG-2022



ACCOUNT INFORMATION

REMITTANCE AMOUNT

Out

Garnishments Out    PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER

$97.45

SF4001BOTT-1SA    Safeguard    TO REORDER CALL AND RETAIN FOR YOUR RECORDS 649-4800    CC3ZWW0010000  L01SF024446

DEF0134

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33562

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO   63670-1221

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33562
13-SEP-2022

ACCOUNT INFORMATION                                                    REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                                       $87.01

SF4001BOTT-1SA       Safeguard       TO REORDER, CALL AND RETAIN FOR YOUR RECORDS 649-4800       CC3ZWW0010000 L01SF024446       $87.01

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2
PERRYVILLE, MO  63775
(573) 547-6581

THE BANK OF MISSOURI
PERRYVILLE, MO

80-386/819

33562

DATE

13-SEP-2022
AMOUNT

$87.01

PAY

Eighty-Seven & 01/100*****************************************************************************

TO THE
ORDER
OF   ROBERT DAVID HUELSKAMP

SECURED BY
EZSHIELD

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33661

MAIL TO:


ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O   BOX 506
STE   GENEVIEVE, MO  63670-1221


SF4001BOTT-1SA        Ⓖ Safeguard    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800        CCKZZK0010000   L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33661
33661

03-OCT-2022


<u>ACCOUNT INFORMATION</u>                                                                <u>REMITTANCE AMOUNT</u>

████████████    PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                                          $101.37

████████████████████████████████████████████████████████████████

DETACH AND RETAIN FOR YOUR RECORDS.

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33681

MAIL TO:

ROBERT DAVID HUELSKAMP
296 MARKET STREET
P O  BOX 506
STE  GENEVIEVE, MO  63670-1221

SF4001BOTT-1SA          ⓢSafeguard     TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 913-649-4800          CCKZZK0010000  L01SF024446

CIRCUIT COURT OF PERRY COUNTY, MO
PERRY COUNTY CIRCUIT CLERK

33681
33681
11-OCT-2022

ACCOUNT INFORMATION                                                    REMITTANCE AMOUNT

PCMH VS JOSEPH F. ESSMYER & CONNE S. ESSMYER
Garnishments Out                                    $100.54

DETACH AND RETAIN FOR YOUR RECORDS.                                           $329.20

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

CIRCUIT COURT OF PERRY COUNTY, MO                                             33681
PERRY COUNTY CIRCUIT CLERK
15 WEST STE. MARIE ST., SUITE 2                    THE BANK OF MISSOURI
PERRYVILLE, MO  63775                                 PERRYVILLE, MO
(573) 547-6581
                                                   80-386/819              DATE

                                                                         11-OCT-2022
                                                                    AMOUNT

PAY

TO THE
ORDER
OF    ROBERT DAVID HUELSKAMP

                                        Donna Schremp

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

DEF0137