UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

**CONNIE ESSMYER,**

    Plaintiff,

v.

**HUELSKAMP LAW, LLC,**

    Defendant.

Case No.   1:22-cv-00140-SNLJ

## MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff Connie Essmyer, by and through her undersigned counsel, states that the above-captioned matter should be *dismissed with prejudice* with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

**VOYTAS LAW, LLC**

By:  /s/ Richard A. Voytas, Jr.
Richard A. Voytas, Jr., #52046
David A. Weber, #70409
Caleb Christian, #70830
7321 S. Lindbergh Blvd., Ste. 400
St. Louis, MO 63125
Phone: 314.380.3166
Email: rick@voytaslaw.com
       david@voytaslaw.com
       caleb@voytaslaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2024, a copy of the foregoing was served via electronic filing in the CM/ECF system of the United States District Court for the Eastern District of Missouri to the parties requesting service by electronic filing.

/s/ Richard A. Voytas, Jr.

SO ORDERED this 20th day of June, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE